

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-13-00228-CV**

**IN RE ANTHONY REBECCA**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

The petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition Denied
Opinion delivered and filed July 25, 2013
[OT06]